UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK A. DAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AFFILIATE ASSET SOLUTIONS, LLC,<br><br>　　　　Defendant. | Case No. 5:21-cv-00242-OLG |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that MARK A. DAY ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 27th day of July 2021.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nathan C. Volheim*
　　　　　　　　　　　　　　　　　　　　　　Nathan C. Volheim, #6302103
　　　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　　　2500 S. Highland Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148
　　　　　　　　　　　　　　　　　　　　　　Phone: (630) 575-8181
　　　　　　　　　　　　　　　　　　　　　　Fax: (630) 575-8188
　　　　　　　　　　　　　　　　　　　　　　nvolheim@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim